UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

REGINA WILLIAMS, Individually and on
Behalf of the Wrongful Death Beneficiaries of
SAMANTHA CRUZ                                                                             PLAINTIFF

v.                                                        Civil No. 1:17-cv-00179-GHD-DAS

BRYAN ANDERSON, *et. al*                                                 DEFENDANTS

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS**

In accordance with the memorandum opinion issued this day, the Court ORDERS that:

1. Defendants Alcorn County and Mackie Sexton's Motion to Dismiss [64] is GRANTED with respect to Plaintiff's constitutional claims and claims for punitive damages and DENIED with respect to Plaintiff's state law negligence claim;

2. Plaintiff's constitutional claims and claims for punitive damages against Defendant's Alcorn County and Mackie Sexton are DISMISSED;

3. Defendants Tippah County, Donald Austin, Josh Bateman, Karl Gailard, Billy Johnson, Jeremy Rainey, and Jonathan Stanford's Motion for Judgment on the Pleadings [68] is DENIED insofar as it seeks a judgment on Plaintiff's negligence claims, but GRANTED with respect to punitive damages based on those negligence claims;

4. Plaintiff's punitive damages claims based on the Tippah County Defendants' negligence are DISMISSED;

5. Defendant Bryan Anderson's Motion to Dismiss [78] is GRANTED with respect to Plaintiff's constitutional claims and claims for punitive damages against him and DENIED with respect to Plaintiff's state law negligence claim; and

6. Plaintiff's constitutional claims and claims for punitive damages against Anderson are DISMISSED.

SO ORDERED, this, the 4 day of September, 2018.

_____
SENIOR U.S. DISTRICT JUDGE