UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

REGINA WILLIAMS                                                                          PLAINTIFF

v.                                                                    Civil No. 1:17-cv-00179-GHD-DAS

BRYAN ANDERSON, *et al.*                                                              DEFENDANTS

---

ORDER GRANTING MOTIONS FOR JUDGMENT ON THE PLEADINGS
AND DISMISSING CASE

---

For the reasons set forth in the memorandum opinion issued this day, the Court ORDERS that:

1. Defendants Tippah County, Mississippi, Sheriff Karl Gailard, Josh Bateman, Donald Austin, Jonathan Rainey, and Billy Johnson's motion for judgment on the pleadings [90] is GRANTED;

2. Defendants City of Ripley, Chief Scott White, and Officer Ryan Swallow's motion for judgment on the pleadings [95] is GRANTED;

3. Plaintiff's federal law claims against Defendants Tippah County, Karl Gailard, Josh Bateman, Donald Austin, Jonathan Rainey, Billy Johnson, City of Ripley, Scott White, Ryan Swallow, and John Does 1-10 are DISMISSED;

4. Because the federal law claims against Defendants Alcorn County, Mackie Sexton, and Bryan Anderson were previously dismissed, and there being no more pending federal law claims, the Court declines supplemental jurisdiction over Plaintiff's state law claims against all Defendants and they are DISMISSED WITHOUT PREJUDICE;

5. Defendant Bryan Anderson's motion for judgment on the pleadings is DENIED AS MOOT; and

6. This case is CLOSED.

SO ORDERED, this the 7th day of January, 2019.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE